CHRISTIAN EBERSPACHER, Appellant, *v.* LEOPOLD BÖHM,
Respondent.

(Submitted April 27, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made at the October
Term, 1890, which affirmed an order of Special Term direct-
ing a judgment in favor of plaintiff to be canceled and dis-
charged of record, because of the discharge of the defendant
in bankruptcy.

*Edward W. S. Johnston* for respondent.

Agree to affirm on default of appearance.
All concur.
Order affirmed.  _____

JULIUS F. CHESEBROUGH, Appellant, *v.* DANIEL D. CONOVER,
Respondent.

(Argued April 27, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made February 20, 1891,
which reversed an order of Special Term, denying a motion
to vacate a judgment and order a new trial, and which granted
said motion.

*Lewis Sanders* for appellant.

*Austen G. Fox* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.